```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F04-0031--CV (RRB)
         "INTELLIVEX INC EX REL V WATTERSON/DAVIS JV ET"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 12/03/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (130) Miller Act

             Origin: (1) Original Proceeding
             Demand: 110
         Filing fee: Paid $150.00 on 12/03/04 receipt # 00124632
           Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | INTELLIVEX INC EX REL | Peter C. Partnow<br>Lane Powell et al<br>301 W. Northern Lights, #301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 1.1 | WATTERSON/DAVIS JV | Mary L. Pate<br>Eide & Miller<br>425 G Street, Suite 930<br>Anchorage, AK 99501<br>907-279-0930<br>FAX 907-279-0933 |
| DEF 2.1 | WATTERSON CONSTRUCTION CO | Mary L. Pate<br>(see above) |
| DEF 3.1 | DAVIS CONSTRUCTORS | Mary L. Pate<br>(see above) |
| DEF 4.1 | LIBERTY MUTUAL INSURANCE CO | Mary L. Pate<br>(see above) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F04-0031--CV (RRB)
                     "INTELLIVEX INC EX REL V WATTERSON/DAVIS JV ET"

                               For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 12/03/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (130) Miller Act

             Origin: (1) Original Proceeding
             Demand: 110
         Filing fee: Paid $150.00 on 12/03/04 receipt # 00124632
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/03/04 | Complaint w/att exhs filed; Summons issued. |
| 2 - 1 | 12/03/04 | PLF 1 Corporate Disclosure. |
| 3 - 1 | 01/26/05 | DEF 1-3 Attorney Appearance by Mary Pate. |
| 4 - 1 | 01/26/05 | DEF 1-3 Answer to Complaint. |
| 5 - 1 | 02/11/05 | DEF 4 Attorney Appearance by Mary Pate. |
| 6 - 1 | 02/11/05 | DEF 4 Answer to Complaint. |
| 7 - 1 | 02/15/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 03/14/05 | DEF 1-4 motion for stay pending arbitration w/att exhs. |
| 9 - 1 | 04/07/05 | PLF 1 Unopposed motion for extention to 05/06/05 to respond to motion to stay pending arbitration. |
| 9 - 2 | 04/08/05 | Order granting motion Unopposed motion for extention to 05/06/05 to respond to motion to Stay Pending Arbitration (9-1). cc:cnsl |
| 10 - 1 | 05/12/05 | RRB Order granting motion for stay pending arbitration (8-1). Parties shall provide status report to court on or before August 15, 2005. cc: cnsl; Judge Beistline. |
| 11 - 1 | 08/23/05 | RRB Minute Order advising counsel to submit status report within 30 days, if nothing is filed case will be dismissed with prejudice cc: cnsl, Judge Beistline. |
| 12 - 1 | 09/29/05 | PLF 1 Response to Order at Dkt 11 (Status Report). |
| 13 - 1 | 10/27/05 | RRB Minute Order: Court received status report dated 09/29/05, the report is accepted. A further status report shall be filed by counsel for plaintiff on or before 12/01/05 cc: cnsl |