


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

INTELLIVEX INC., ex rel   v.   WATTERSON/DAVIS JV, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                    CASE NO.   F04-0031CV(RRB)

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 23, 2005

   A minute order requiring a status report by December 1, 2005 was issued in this case, and no timely report was filed. Counsel for the plaintiff shall file a status report no later than close of business January 10, 2006.


F04-0031--CV (RRB)

P. PARTNOW (LANE)  12-23-05
M. PATE (EIDE)     12-23-05

