Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, Department of the Army, for the Use and Benefit of INTELLIVEX, INC., <br><br>            Plaintiff, <br><br> v. <br><br> WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION COMPANY, DAVIS CONSTRUCTORS, and LIBERTY MUTUAL INSURANCE COMPANY, <br><br>            Defendants. | Case No. F04-031 CV (RRB) <br><br> **STATUS REPORT** |

Plaintiff Intellivex, Inc. ("Intellivex"), by and through its attorneys of record, pursuant to the Minute Order From Chambers, filed on December 23, 2005, now provides a status report for this matter.  I have been contacted by Mark Hashimoto, the examiner with special powers in the Intellivex bankruptcy who informed me that due to a recent sale of property from the bankrupt's estate, they are in a position to proceed with the captioned matter.  I have conveyed to Mary Pate, counsel for defendants, the information that the plaintiff in the captioned matter is prepared to proceed.  Within the next few weeks, we will be in a position to either agree with defendants as to

how we shall be proceeding, or either party will petition the court for appropriate relief. We will file a further status report once the parties are in agreement as to how we shall be proceeding or if the parties cannot come to an agreement and require action by the court.

DATED this 10th day of January, 2006.

> LANE POWELL LLC
> Attorneys for Intellivex, Inc.
>
> By: s/ Peter C. Partnow
>     Peter C. Partnow, ABA No. 7206029
>     301 W. Northern Lights Blvd., Suite 301
>     Anchorage, Alaska 99503-2648
>     Tel: 907-277-9511
>     Fax: 907-276-2631
>     Email: PartnowP@LanePowell.com

I hereby certify that on January 10, 2006, a copy of the foregoing was served by mail on:

Mary Pate, Eide, Miller & Pate
425 G St, Ste 930, Anchorage, AK 99501

s/Lani Gerken

120676.0001/152983.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Status Report**
*United States of America, Dep't of the Army, for the Use and Benefit of Intellivex, Inc. v. Watterson/Davis JV, et al.* **(Case No. F-04--031CV (RRB ))**   Page 2 of 2