Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: PartnowP@LanePowell.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, Department of the Army, for the Use and Benefit of INTELLIVEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION COMPANY, DAVIS CONSTRUCTORS, and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Case No. F04-031 CV (RRB) <br><br> **STATUS REPORT** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Plaintiff Intellivex, Inc. ("Intellivex"), by and through its attorneys of record, and pursuant to the Order from the Court, filed on May 22, 2007, docket no. 16, provides a status report for this matter. Within the last few weeks, the parties have exchanged settlement proposals and are optimistic that this matter will settle in the near future. The parties will promptly notify the court if settlement is obtained or otherwise file a further status report within 30 days.

DATED this 7th day of June, 2007.

LANE POWELL LLC
Attorneys for Intellivex, Inc.

By: s/ Peter C. Partnow
Peter C. Partnow, ABA No. 7206029
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: PartnowP@LanePowell.com

I certify that on June 7, 2007, a copy of the foregoing was served electronically on the following:

Mary L. Pate @ mary.pate@egpalaska.com

s/Peter C. Partnow
120676.0001/152983.1