Peter C. Partnow, ASBA No. 7206029
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  PartnowP@LanePowell.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, Department of the Army, for the Use and Benefit of INTELLIVEX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION COMPANY, DAVIS CONSTRUCTORS, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendants. | Case No. F04-031 CV (RRB)<br><br>**STIPULATION FOR<br>DISMISSAL WITH PREJUDICE** |

      COME NOW the parties, by and through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the settlement agreement of the parties and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.  In accordance with Rule 41(a)(1)(ii), such dismissal shall be effective upon filing of this stipulation and without further order of court.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

                                  LANE POWELL LLC
                                  Attorneys for Intellivex, Inc.

Dated: July 6, 2007                By: /s/ Peter C. Partnow
                                              301 W. Northern Lights Blvd., Suite 301
                                              Anchorage, Alaska 99503-2648
                                              Tel: 907-277-9511
                                              Fax: 907-276-2631
                                              Email: PartnowP@LanePowell.com
                                              ASBA No. 7206029

                                  EIDE, MILLER & PATE
                                  Attorneys for Defendants

                                  By: /s/ Mary L. Pate (consent)
Dated: July 6, 2007                        425 G Street, Suite 930
                                              Anchorage, Alaska 99501
                                              Tel: 907-279-0930
                                              Fax: 907-279-0933
                                              Email: mary.pate@egpalaska.com
                                              ASBA No. 9011109

120676.0001/161100.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Stipulation for Dismissal with Prejudice**
*United States of America, Dep't of the Army, for the Use and*
*Benefit of Intellivex, Inc. v. Watterson/Davis JV, et al.* **(Case No. F04-031CV (RRB ))**        **Page 2 of 2**